INSURANCE COMPANY OF NORTH AMERICA, Appellant, v. Carl T. HOWE, Appellee.

No. 10919.

United States Court of Appeals
Sixth Circuit.

Dec. 14, 1949.

James A. Butler (of Bulkley, Butler & Pillen), Cleveland, Ohio, for appellant.

James A. Butler, Wm. F. Marsteller, (of Baker, Hostetler & Patterson), Cleveland, Ohio, for appellee.

Before SIMONS, McALLISTER and MILLER, Circuit Judges.

PER CURIAM.

This cause was heard upon the record, briefs and argument of counsel for the respective parties;

And it appearing that the questions of fact involved were submitted to the jury under appropriate instructions pertaining thereto, compare Myers v. John Hancock Mut. Life Insurance Co., 108 Ohio St. 175, 181 through 183, 140 N.E. 504, that the verdict of the jury is amply supported by the evidence, and that there is no prejudicial error in the rulings of the trial judge or in his instructions to the jury;

It is therefore ordered that the judgment of the District Court be and is affirmed.

Iola Mae LANIER, Appellant, v. Oscar R. EWING, Federal Security Administrator, Appellee.

No. 10987.

United States Court of Appeals
Sixth Circuit.

Dec. 6, 1949.

Ulysses Burgess, Memphis, Tenn., for appellant.

John Brown, Edw. N. Vaden, Memphis, Tenn., for appellee.

Before SIMONS, ALLEN and McALLISTER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of the record and the briefs of counsel, and the court being duly advised,

Now, therefore, it is hereby ordered, adjudged, and decreed that the order of the District Court be and the same is hereby affirmed.